

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Kristine Marie Murrell **v.** The State of Texas

Appellate case number:    01-15-00200-CR

Trial court case number:  1973306

Trial court:                      Co Crim Ct at Law No 14 of Harris County

Date motion filed:            May 26, 2016

Party filing motion:          appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn v. Keyes
                                    ☐ Acting Individually ☒ Acting for the Court

The panel consists of: Chief Justice Radack and Justices Keyes and Higley.


Date: July 28, 2016